We regret to be compelled to deny appellant's request.

### WEIS v. STATE. (No. 12658.)

Court of Criminal Appeals of Texas. May 15, 1929.

W. H. Russell, of Hereford, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment confinement in the penitentiary for one year.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### WILSON v. STATE. (No. 12660.)

Court of Criminal Appeals of Texas. May 15, 1929.

W. H. Russell, of Hereford, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, selling intoxicating liquor; penalty, one and a half years in the penitentiary.

The record is before us without any statement of facts or bill of·exception. The record presents nothing for review, and the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.